```
                           United States Bankruptcy Court
                                 District of Nevada
In re:                                                            Case No. 20-50250-btb
ALLEN YUKIYA YASUMOTO                                             Chapter 7
LILLIAN YURIKO YASUMOTO
       Debtors                   CERTIFICATE OF NOTICE
District/off: 0978-3          User: admin                 Page 1 of 2                  Date Rcvd: Mar 04, 2020
                              Form ID: 309A               Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
db/jdb         +ALLEN YUKIYA YASUMOTO,    LILLIAN YURIKO YASUMOTO,    3545 SMOKETREE AVE,
                 CARSON CITY, NV 89705-8015
11102444       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,   NEWARK DE 19714-8099
                 (address filed with court: Continental Finance Company,     Attn: Bankruptcy,    Po Box 8099,
                 Newark, DE 19714)
11102440       +Carson Urologist LTD,    1425 Vista Ln.,   Carson City, NV 89703-4644
11102448       +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
11102447       +Deptartment Store National Bank/Macy's,    Po Box 8218,   Mason, OH 45040-8218
11102457       +LendingClub,   595 Market St,   San Francisco, CA 94105-2807
11102458       +LendingClub,   Attn: Bankruptcy,    595 Market St, Ste 200,    San Francisco, CA 94105-2807
11102459        Maverick Finance,   C/o Security Finance,    Spartanburg, SC 29304
11102461       +Moneytree,   2905 Clear Acre Lane,    Reno, NV 89512-1747
11102462       +Nevada Title & Payday Loans Inc.,    2910 East Tropicana,    Las Vegas, NV 89121-7340
11102468       +Physicians Surgery Center of Nevada,    PO Box 572528,    Salt Lake City, UT 84157-2528
11102469        Sierra Nevada Medical Imaging,    2170 South Ave,   South Lake Tahoe, CA 96150-7026
11102470       +Speedee Cash,   961 S Ferdon Blvd,    Crestview, FL 32536-4507
11102478       +USA Cash Services,    1245 Baring Blvd,   Sparks, NV 89434-8669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: nick@wajdalawgroup.com Mar 05 2020 03:49:59      NICHOLAS M. WAJDA,
                 LAW OFFICE OF NICHOLAS M WAJDA,    871 CORONADO CENTER DR., STE. 200,    HENDERSON, NV 89052
tr             +EDI: QDGIESEKE.COM Mar 05 2020 08:13:00      W. DONALD GIESEKE,    18124 WEDGE PKWY., STE 518,
                 RENO, NV 89511-8134
ust            +E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Mar 05 2020 03:50:29      U.S. TRUSTEE - RN - 7,
                 300 BOOTH STREET, STE 3009,   RENO, NV 89509-1362
11102433       +E-mail/Text: bnc@advanceamerica.net Mar 05 2020 03:50:32      Advance America,
                 3132 W. Florida Ave.,   Hemet, CA 92545-3621
11102434        EDI: BANKAMER.COM Mar 05 2020 08:13:00      Bank of America,    Po Box 982238,
                 El Paso, TX 79998
11102435       +EDI: BANKAMER.COM Mar 05 2020 08:13:00      Bank of America,    4909 Savarese Circle,
                 Fl1-908-01-50,   Tampa, FL 33634-2413
11102436       +EDI: CAPITALONE.COM Mar 05 2020 08:13:00      Capital One,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
11102437       +EDI: CAPITALONE.COM Mar 05 2020 08:13:00      Capital One,    Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
11102438       +EDI: CAPITALONE.COM Mar 05 2020 08:13:00      Capital One/Dress Barn,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
11102439       +EDI: CAPITALONE.COM Mar 05 2020 08:13:00      Capital One/Dress Barn,    Attn: Bankruptcy,
                 Po Box 30285,   Salt Lake City, UT 84130-0285
11102441       +EDI: WFNNB.COM Mar 05 2020 08:13:00      Comenity Bank/Bealls,    Po Box 182789,
                 Columbus, OH 43218-2789
11102442       +EDI: WFNNB.COM Mar 05 2020 08:13:00      Comenity Bank/Bealls,    Attn: Bankruptcy,
                 Po Box 182125,   Columbus, OH 43218-2125
11102445       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 05 2020 03:57:31       Credit One Bank,
                 Po Box 98872,   Las Vegas, NV 89193-8872
11102446       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 05 2020 03:59:05       Credit One Bank,
                 Attn: Bankruptcy Department,   Po Box 98873,    Las Vegas, NV 89193-8873
11102449        EDI: DISCOVER.COM Mar 05 2020 08:13:00      Discover Financial,    Pob 15316,
                 Wilmington, DE 19850
11102450       +EDI: DISCOVER.COM Mar 05 2020 08:13:00      Discover Financial,    Attn: Bankruptcy,
                 Po Box 3025,   New Albany, OH 43054-3025
11102452       +E-mail/Text: compliance@dontbebroke.com Mar 05 2020 03:50:51      Dollar Loan Center,
                 Attn: Bankruptcy,   8860 West Sunset Road,    Las Vegas, NV 89148-4899
11102451       +E-mail/Text: compliance@dontbebroke.com Mar 05 2020 03:50:51      Dollar Loan Center,
                 6122 W Sahara Ave,   Las Vegas, NV 89146-3051
11102453       +EDI: AMINFOFP.COM Mar 05 2020 08:13:00      First PREMIER Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
11102454       +EDI: AMINFOFP.COM Mar 05 2020 08:13:00      First PREMIER Bank,    Attn: Bankruptcy,
                 Po Box 5524,   Sioux Falls, SD 57117-5524
11102455       +E-mail/Text: bncnotices@becket-lee.com Mar 05 2020 03:50:16      Kohls/Capital One,
                 Po Box 3115,   Milwaukee, WI 53201-3115
11102456       +E-mail/Text: bncnotices@becket-lee.com Mar 05 2020 03:50:16      Kohls/Capital One,
                 Attn: Credit Administrator,   Po Box 3043,    Milwaukee, WI 53201-3043
11102460       +EDI: SECFIN.COM Mar 05 2020 08:13:00      Maverick Finance,    Security Finance, Attn: Bankruptcy,
                 Po Box 1893,   Sparatnburg, SC 29304-1893
11102464       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 05 2020 03:59:04       Ollo Card Services,
                 Attn: Bankruptcy,   Po Box 9222,   Old Bethpage, NY 11804-9222
11102463       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 05 2020 03:59:05       Ollo Card Services,
                 Po Box 9222,   Old Bethpage, NY 11804-9222
11102466       +EDI: AGFINANCE.COM Mar 05 2020 08:13:00      OneMain Financial,    Attn: Bankruptcy,
                 Po Box 3251,   Evansville, IN 47731-3251
```

```
District/off: 0978-3            User: admin              Page 2 of 2             Date Rcvd: Mar 04, 2020
                                Form ID: 309A            Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
11102465       +EDI: AGFINANCE.COM Mar 05 2020 08:13:00      OneMain Financial,    Po Box 1010,
                 Evansville, IN 47706-1010
11102467       +E-mail/Text: jmhogle@investmentserv.com Mar 05 2020 03:50:22      Paycheck Advance,
                 3977 S McCarran Blvd. #101,    Reno, NV 89502-7541
11102472       +EDI: RMSC.COM Mar 05 2020 08:13:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po B 965064,    Orkando, FL 32896-5064
11102471       +EDI: RMSC.COM Mar 05 2020 08:13:00      Synchrony Bank/ JC Penneys,    Po Box 965007,
                 Orlando, FL 32896-5007
11102474       +EDI: RMSC.COM Mar 05 2020 08:13:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
11102473       +EDI: RMSC.COM Mar 05 2020 08:13:00      Synchrony Bank/Lowes,    Po Box 956005,
                 Orlando, FL 32896-0001
11102476       +EDI: RMSC.COM Mar 05 2020 08:13:00      Synchrony Bank/QVC,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
11102475       +EDI: RMSC.COM Mar 05 2020 08:13:00      Synchrony Bank/QVC,    Po Box 965005,
                 Orlando, FL 32896-5005
                                                                                               TOTAL: 34

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11102477          Tbom/contfin
11102443*      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court:   Continental Finance Company,    Pob 8099,   Newark, DE 19714)
                                                                                     TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **ALLEN YUKIYA YASUMOTO** | | Social Security number or ITIN | xxx–xx–2067 |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **LILLIAN YURIKO YASUMOTO** | | Social Security number or ITIN | xxx–xx–9012 |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Nevada** | | | Date case filed for chapter 7 | 3/3/20 |
| Case number:   **20–50250–btb** | | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | ALLEN YUKIYA YASUMOTO | LILLIAN YURIKO YASUMOTO |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3545 SMOKETREE AVE<br>CARSON CITY, NV 89705 | 3545 SMOKETREE AVE<br>CARSON CITY, NV 89705 |
| 4. | **Debtor's attorney**<br>Name and address | NICHOLAS M. WAJDA<br>LAW OFFICE OF NICHOLAS M WAJDA<br>871 CORONADO CENTER DR., STE. 200<br>HENDERSON, NV 89052 | Contact phone (702) 900–6339<br><br>Email:  nick@wajdalawgroup.com |
| 5. | **Bankruptcy trustee**<br>Name and address | W. DONALD GIESEKE<br>18124 WEDGE PKWY., STE 518<br>RENO, NV 89511 | Contact phone (775) 742 9107 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** | 300 Booth Street<br>Reno, NV 89509 | Office Hours: 9:00 AM – 4:00 PM |
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | Contact phone: (775) 326–2100<br><br>Date: 3/3/20 |
| **7.** | **Meeting of creditors** | **April 2, 2020 at 02:30 PM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **300 Booth Street, Room 3087, Reno, NV 89509** |
| **8.** | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/1/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**