```
                              United States Bankruptcy Court
                                    District of Nevada
In re:                                                                Case No. 20-50250-btb
ALLEN YUKIYA YASUMOTO                                                 Chapter 7
LILLIAN YURIKO YASUMOTO
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0978-3          User: youngbloo            Page 1 of 2            Date Rcvd: Mar 18, 2020
                              Form ID: odeter            Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
db/jdb         +ALLEN YUKIYA YASUMOTO,    LILLIAN YURIKO YASUMOTO,    3545 SMOKETREE AVE,
                 CARSON CITY, NV 89705-8015
cr             +DLJ MORTGAGE CAPITAL, INC.,    C/O ACE VAN PATTEN,    10100 W. CHARLESTON BLVD., STE 220,
                 LAS VEGAS, NV 89135-5001
11102434      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    Po Box 982238,    El Paso, TX 79998)
11102435       +Bank of America,   4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
11102444      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Continental Finance Company,     Attn: Bankruptcy,    Po Box 8099,
                 Newark, DE 19714)
11102440       +Carson Urologist LTD,    1425 Vista Ln.,   Carson City, NV 89703-4644
11102448       +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
11102447       +Deptartment Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
11102453       +First PREMIER Bank,    3820 N Louise Ave,   Sioux Falls, SD 57107-0145
11102454       +First PREMIER Bank,    Attn: Bankruptcy,   Po Box 5524,    Sioux Falls, SD 57117-5524
11102457       +LendingClub,   595 Market St,    San Francisco, CA 94105-2807
11102458       +LendingClub,   Attn: Bankruptcy,    595 Market St, Ste 200,    San Francisco, CA 94105-2807
11102459        Maverick Finance,    C/o Security Finance,   Spartanburg, SC 29304
11102461       +Moneytree,   2905 Clear Acre Lane,    Reno, NV 89512-1747
11102462       +Nevada Title & Payday Loans Inc.,    2910 East Tropicana,    Las Vegas, NV 89121-7340
11102468       +Physicians Surgery Center of Nevada,    PO Box 572528,    Salt Lake City, UT 84157-2528
11102469        Sierra Nevada Medical Imaging,    2170 South Ave,   South Lake Tahoe, CA 96150-7026
11102470       +Speedee Cash,   961 S Ferdon Blvd,    Crestview, FL 32536-4507
11102478       +USA Cash Services,    1245 Baring Blvd,   Sparks, NV 89434-8669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11102433       +E-mail/Text: bnc@advanceamerica.net Mar 19 2020 04:00:39      Advance America,
                 3132 W. Florida Ave.,    Hemet, CA 92545-3621
11102436       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 19 2020 04:05:14      Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
11102437       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 19 2020 04:04:41      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
11102438       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 19 2020 04:05:14
                 Capital One/Dress Barn,    Po Box 30253,   Salt Lake City, UT 84130-0253
11102439       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 19 2020 04:05:13
                 Capital One/Dress Barn,    Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
11102441       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 19 2020 04:00:35      Comenity Bank/Bealls,
                 Po Box 182789,    Columbus, OH 43218-2789
11102442       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 19 2020 04:00:35      Comenity Bank/Bealls,
                 Attn: Bankruptcy,    Po Box 182125,   Columbus, OH 43218-2125
11102445       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 19 2020 04:05:22      Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
11102446       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 19 2020 04:05:56      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,   Las Vegas, NV 89193-8873
11102449        E-mail/Text: mrdiscen@discover.com Mar 19 2020 04:00:27      Discover Financial,    Pob 15316,
                 Wilmington, DE 19850
11102450       +E-mail/Text: mrdiscen@discover.com Mar 19 2020 04:00:27      Discover Financial,
                 Attn: Bankruptcy,    Po Box 3025,   New Albany, OH 43054-3025
11102452       +E-mail/Text: compliance@dontbebroke.com Mar 19 2020 04:00:51      Dollar Loan Center,
                 Attn: Bankruptcy,    8860 West Sunset Road,   Las Vegas, NV 89148-4899
11102451       +E-mail/Text: compliance@dontbebroke.com Mar 19 2020 04:00:51      Dollar Loan Center,
                 6122 W Sahara Ave,    Las Vegas, NV 89146-3051
11102455       +E-mail/Text: bncnotices@becket-lee.com Mar 19 2020 04:00:30      Kohls/Capital One,
                 Po Box 3115,    Milwaukee, WI 53201-3115
11102456       +E-mail/Text: bncnotices@becket-lee.com Mar 19 2020 04:00:29      Kohls/Capital One,
                 Attn: Credit Administrator,    Po Box 3043,   Milwaukee, WI 53201-3043
11102460       +E-mail/Text: bankruptcy.noticing@security-finance.com Mar 19 2020 04:00:27      Maverick Finance,
                 Security Finance, Attn: Bankruptcy,    Po Box 1893,   Sparatnburg, SC 29304-1893
11102464       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 19 2020 04:04:44      Ollo Card Services,
                 Attn: Bankruptcy,    Po Box 9222,   Old Bethpage, NY 11804-9222
11102463       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 19 2020 04:05:18      Ollo Card Services,
                 Po Box 9222,    Old Bethpage, NY 11804-9222
11102466       +E-mail/PDF: cbp@onemainfinancial.com Mar 19 2020 04:05:43      OneMain Financial,
                 Attn: Bankruptcy,    Po Box 3251,   Evansville, IN 47731-3251
11102465       +E-mail/PDF: cbp@onemainfinancial.com Mar 19 2020 04:05:07      OneMain Financial,   Po Box 1010,
                 Evansville, IN 47706-1010
11103124       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:05:17
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
11102467       +E-mail/Text: jmhogle@investmentsserv.com Mar 19 2020 04:00:32      Paycheck Advance,
                 3977 S McCarran Blvd. #101,    Reno, NV 89502-7541
11102472       +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2020 04:05:11      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po B 965064,   Orkando, FL 32896-5064
```

```
District/off: 0978-3          User: youngbloo            Page 2 of 2                    Date Rcvd: Mar 18, 2020
                              Form ID: odeter            Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
11102471        +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2020 04:05:11      Synchrony Bank/ JC Penneys,
                  Po Box 965007,   Orlando, FL 32896-5007
11102474        +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2020 04:04:40      Synchrony Bank/Lowes,
                  Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
11102473        +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2020 04:04:40      Synchrony Bank/Lowes,
                  Po Box 956005,   Orlando, FL 32896-0001
11102476        +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2020 04:05:12      Synchrony Bank/QVC,
                  Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
11102475        +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2020 04:05:10      Synchrony Bank/QVC,
                  Po Box 965005,   Orlando, FL 32896-5005
                                                                                                TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11102477          Tbom/contfin
cr*              +PRA RECEIVABLES MANAGEMENT, LLC,    PO BOX 41021,    NORFOLK, VA 23541-1021
11102443*       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,   NEWARK DE 19714-8099
                  (address filed with court: Continental Finance Company,   Pob 8099,   Newark, DE 19714)
                                                                                       TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2020 at the address(es) listed below:

```
            ACE C VAN PATTEN    on behalf of Creditor   DLJ MORTGAGE CAPITAL, INC. avp@tblaw.com,
              nvbk@tblaw.com
            NICHOLAS M. WAJDA    on behalf of Debtor ALLEN YUKIYA YASUMOTO nick@wajdalawgroup.com,
              r47098@notify.bestcase.com
            NICHOLAS M. WAJDA    on behalf of Joint Debtor LILLIAN YURIKO YASUMOTO nick@wajdalawgroup.com,
              r47098@notify.bestcase.com
            U.S. TRUSTEE - RN - 7     USTPRegion17.RE.ECF@usdoj.gov
            W. DONALD GIESEKE    wdg@renotrustee.com, dgieseke@ecf.axosfs.com
                                                                                                TOTAL: 5
```

NVB 521 (Rev. 4/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–20–50250–btb |
| ALLEN YUKIYA YASUMOTO | CHAPTER 7 |
| LILLIAN YURIKO YASUMOTO | |
| Debtor(s) | ORDER REGARDING AUTOMATIC DISMISSAL UNDER 11 U.S.C. SECTION 521(i) |

The Court has reviewed the file in this case and has determined that the debtor (see note below) has complied with the information filing requirement of 11 U.S.C. Section 521(a)(1) and LR 4002.1. Accordingly,

**IT IS ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. Section 521(i)(1) or (2).

2. If any party in interest has any reason to contest the Court's finding that this case is not subject to automatic dismissal under 11 U.S.C. Section 521(i), that party shall:

    (a) File a Motion for Reconsideration not later than **10** days from the date of the entry of this order. The motion should specifically identify the information and document(s) required by 11 U.S.C. Section 521(a)(1) that the debtor has failed to file.

    (b) Comply with the provisions of LR 9014 and obtain a hearing date and time.

    (c) Serve such motion and notice of hearing on the trustee, debtor and debtor's counsel, if any.

    (d) File a Certificate of Service of the motion and notice of hearing within two business days of filing the motion.

Dated: 3/18/20

*Mary A. Schott*

Mary A. Schott
Clerk of Court