```
                              United States Bankruptcy Court
                                    District of Nevada
In re:                                                                    Case No. 20-50250-btb
ALLEN YUKIYA YASUMOTO                                                     Chapter 7
LILLIAN YURIKO YASUMOTO
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0978-3          User: admin                 Page 1 of 2               Date Rcvd: Jun 02, 2020
                              Form ID: 318                Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2020.
db/jdb         +ALLEN YUKIYA YASUMOTO,    LILLIAN YURIKO YASUMOTO,    3545 SMOKETREE AVE,
                 CARSON CITY, NV 89705-8015
aty            +ACE C VAN PATTEN,    TIFFANY & BOSCO, P.A.,   10100 W. CHARLESTON BLVD, STE 220,
                 LAS VEGAS, NV 89135-5001
aty            +NICHOLAS M. WAJDA,    LAW OFFICE OF NICHOLAS M WAJDA,    871 CORONADO CENTER DR., STE. 200,
                 HENDERSON, NV 89052-3977
cr             +DLJ MORTGAGE CAPITAL, INC.,    C/O ACE VAN PATTEN,   10100 W. CHARLESTON BLVD., STE 220,
                 LAS VEGAS, NV 89135-5001
11102444       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,   NEWARK DE 19714-8099
                (address filed with court: Continental Finance Company,     Attn: Bankruptcy,    Po Box 8099,
                 Newark, DE 19714)
11102440       +Carson Urologist LTD,    1425 Vista Ln.,   Carson City, NV 89703-4644
11102457       +LendingClub,    595 Market St,   San Francisco, CA 94105-2807
11102458       +LendingClub,    Attn: Bankruptcy,    595 Market St, Ste 200,    San Francisco, CA 94105-2807
11102459        Maverick Finance,    C/o Security Finance,   Spartanburg, SC 29304
11102461       +Moneytree,    2905 Clear Acre Lane,    Reno, NV 89512-1747
11102462       +Nevada Title & Payday Loans Inc.,    2910 East Tropicana,    Las Vegas, NV 89121-7340
11102468       +Physicians Surgery Center of Nevada,    PO Box 572528,    Salt Lake City, UT 84157-2528
11102469        Sierra Nevada Medical Imaging,    2170 South Ave,   South Lake Tahoe, CA 96150-7026
11102470       +Speedee Cash,    961 S Ferdon Blvd,   Crestview, FL 32536-4507
11146363       +Speedee Cash,    444 E Williams Street #17,    Carson City, NV 89701-4076
11102478       +USA Cash Services,    1245 Baring Blvd,   Sparks, NV 89434-8669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QDGIESEKE.COM Jun 03 2020 07:08:00     W. DONALD GIESEKE,    18124 WEDGE PKWY., STE 518,
                 RENO, NV 89511-8134
ust            +E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Jun 03 2020 03:30:37     U.S. TRUSTEE - RN - 7,
                 300 BOOTH STREET, STE 3009,    RENO, NV 89509-1362
11102433       +E-mail/Text: bnc@advanceamerica.net Jun 03 2020 03:30:43     Advance America,
                 3132 W. Florida Ave.,    Hemet, CA 92545-3621
11102434        EDI: BANKAMER.COM Jun 03 2020 07:08:00     Bank of America,    Po Box 982238,
                 El Paso, TX 79998
11102435       +EDI: BANKAMER.COM Jun 03 2020 07:08:00     Bank of America,    4909 Savarese Circle,
                 Fl1-908-01-50,    Tampa, FL 33634-2413
11102436       +EDI: CAPITALONE.COM Jun 03 2020 07:08:00     Capital One,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
11102437       +EDI: CAPITALONE.COM Jun 03 2020 07:08:00     Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
11102438       +EDI: CAPITALONE.COM Jun 03 2020 07:08:00     Capital One/Dress Barn,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
11102439       +EDI: CAPITALONE.COM Jun 03 2020 07:08:00     Capital One/Dress Barn,    Attn: Bankruptcy,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
11102441       +EDI: WFNNB.COM Jun 03 2020 07:08:00     Comenity Bank/Bealls,    Po Box 182789,
                 Columbus, OH 43218-2789
11102442       +EDI: WFNNB.COM Jun 03 2020 07:08:00     Comenity Bank/Bealls,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
11102445       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 03 2020 03:42:36     Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
11102446       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 03 2020 03:42:36     Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
11102449        EDI: DISCOVER.COM Jun 03 2020 07:08:00     Discover Financial,    Pob 15316,
                 Wilmington, DE 19850
11102447       +EDI: TSYS2.COM Jun 03 2020 07:08:00     Deptartment Store National Bank/Macy's,    Po Box 8218,
                 Mason, OH 45040-8218
11102448       +EDI: TSYS2.COM Jun 03 2020 07:08:00     Deptartment Store National Bank/Macy's,
                 Attn: Bankruptcy,    9111 Duke Boulevard,    Mason, OH 45040-8999
11102450       +EDI: DISCOVER.COM Jun 03 2020 07:08:00     Discover Financial,    Attn: Bankruptcy,
                 Po Box 3025,    New Albany, OH 43054-3025
11102452       +E-mail/Text: compliance@dontbebroke.com Jun 03 2020 03:31:27     Dollar Loan Center,
                 Attn: Bankruptcy,    8860 West Sunset Road,    Las Vegas, NV 89148-4899
11102451       ++E-mail/Text: compliance@dontbebroke.com Jun 03 2020 03:31:27     Dollar Loan Center,
                 6122 W Sahara Ave,    Las Vegas, NV 89146-3051
11102453       +EDI: AMINFOFP.COM Jun 03 2020 07:08:00     First PREMIER Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
11102454       +EDI: AMINFOFP.COM Jun 03 2020 07:08:00     First PREMIER Bank,    Attn: Bankruptcy,
                 Po Box 5524,    Sioux Falls, SD 57117-5524
11102455       +E-mail/Text: bncnotices@becket-lee.com Jun 03 2020 03:30:26     Kohls/Capital One,
                 Po Box 3115,    Milwaukee, WI 53201-3115
11102456       +E-mail/Text: bncnotices@becket-lee.com Jun 03 2020 03:30:26     Kohls/Capital One,
                 Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
11102460       +EDI: SECFIN.COM Jun 03 2020 07:08:00     Maverick Finance,    Security Finance, Attn: Bankruptcy,
                 Po Box 1893,    Sparatnburg, SC 29304-1893
```

```
District/off: 0978-3               User: admin                  Page 2 of 2                   Date Rcvd: Jun 02, 2020
                                   Form ID: 318                 Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
11102464       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 03 2020 03:43:07      Ollo Card Services,
                 Attn: Bankruptcy,    Po Box 9222,    Old Bethpage, NY 11804-9222
11102463       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 03 2020 03:42:34      Ollo Card Services,
                 Po Box 9222,    Old Bethpage, NY 11804-9222
11102466       +EDI: AGFINANCE.COM Jun 03 2020 07:08:00      OneMain Financial,    Attn: Bankruptcy,
                 Po Box 3251,    Evansville, IN 47731-3251
11102465       +EDI: AGFINANCE.COM Jun 03 2020 07:08:00      OneMain Financial,    Po Box 1010,
                 Evansville, IN 47706-1010
11103124       +EDI: PRA.COM Jun 03 2020 07:08:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
11102467       +E-mail/Text: jmhogle@investmentserv.com Jun 03 2020 03:30:31      Paycheck Advance,
                 3977 S McCarran Blvd. #101,    Reno, NV 89502-7541
11102472       +EDI: RMSC.COM Jun 03 2020 07:08:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po B 965064,    Orkando, FL 32896-5064
11102471       +EDI: RMSC.COM Jun 03 2020 07:08:00      Synchrony Bank/ JC Penneys,    Po Box 965007,
                 Orlando, FL 32896-5007
11102474       +EDI: RMSC.COM Jun 03 2020 07:08:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
11102473       +EDI: RMSC.COM Jun 03 2020 07:08:00      Synchrony Bank/Lowes,    Po Box 956005,
                 Orlando, FL 32896-0001
11102476       +EDI: RMSC.COM Jun 03 2020 07:08:00      Synchrony Bank/QVC,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
11102475       +EDI: RMSC.COM Jun 03 2020 07:08:00      Synchrony Bank/QVC,    Po Box 965005,
                 Orlando, FL 32896-5005
                                                                                              TOTAL: 36

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11102477          Tbom/contfin
cr*            +PRA RECEIVABLES MANAGEMENT, LLC,    PO BOX 41021,    NORFOLK, VA 23541-1021
11102443*      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court:   Continental Finance Company,    Pob 8099,    Newark, DE 19714)
                                                                                              TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2020 at the address(es) listed below:
              ACE C VAN PATTEN    on behalf of Creditor    DLJ MORTGAGE CAPITAL, INC. avp@tblaw.com,
               nvbk@tblaw.com
              NICHOLAS M. WAJDA    on behalf of Debtor ALLEN YUKIYA YASUMOTO nick@wajdalawgroup.com,
               r47098@notify.bestcase.com
              NICHOLAS M. WAJDA    on behalf of Joint Debtor LILLIAN YURIKO YASUMOTO nick@wajdalawgroup.com,
               r47098@notify.bestcase.com
              U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
              W. DONALD GIESEKE    wdg@renotrustee.com, dgieseke@ecf.axosfs.com
                                                                                              TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **ALLEN YUKIYA YASUMOTO** | Social Security number or ITIN **xxx–xx–2067** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **LILLIAN YURIKO YASUMOTO** | Social Security number or ITIN **xxx–xx–9012** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Nevada** | | |
| Case number:  **20–50250–btb** | | |

# Order of Discharge                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

ALLEN YUKIYA YASUMOTO                    LILLIAN YURIKO YASUMOTO

<u>6/2/20</u>                                            **By the court:**          <u>Mary A. Schott</u>
                                                                                Clerk of Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2